UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>          Plaintiff,<br><br>     v.<br><br>ZACHERY JONES, et al.,<br><br>          Defendants. | Case No.: 1:26-cv-02382-EGC<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>(Doc. 6) |

Plaintiff Thomas K. Mills is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

## I.     BACKGROUND

Plaintiff initiated this action by filing a complaint on March 27, 2026. (Doc. 1.)

On May 15, 2026, Plaintiff filed a document titled "Motion In Request To Amend My Complaint Before The Screening Process Is Completed." (Doc. 6.)

## II.     DISCUSSION

As best the Court can discern, Plaintiff wishes to amend his complaint to add a claim concerning a fall from "the wheelchair [he] was given by the hospital" and a subsequent infection in his left leg leading to surgery "to stop the infection from spreading up [his] leg." (Doc. 6 at 1-2.) Plaintiff refers to "court documents that were mailed" to him that were later returned to the Court because Plaintiff "couldn't get [his] mail." (*Id.* at 2.) Plaintiff states he was incarcerated

when he filed case number "1-23-CV-00355"[1] and asserts his "case should be tolled, for two years." (*Id*.) He states the case was dismissed without prejudice, allowing him to refile the case. (*Id*.) Plaintiff states he did not "mention anything about the hospital in [his] refiled case, or the tolling" and that is why he wants to amend his complaint. (*Id*.)

Rule 15 of the Federal Rules of Civil Procedure provides, in relevant part:

(a) Amendments Before Trial.

> **(1) *Amending as a Matter of Course.*** A party may amend its pleading once as a matter of course no later than:
>
> > **(A)** 21 days after serving it, or
> >
> > **(B)** if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
>
> **(2) *Other Amendments.*** In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Fed. R. Civ. P. 15(a).

Here, because Plaintiff's original complaint has not yet been screened, and no party has been served, nor is any responsive pleading due, Plaintiff is entitled to file a first amended complaint "as a matter of course." In other words, Plaintiff may file an amended complaint without the Court's permission. Therefore, the Court will deny Plaintiff's motion as moot and direct the Clerk of the Court to send Plaintiff an amended complaint form for his use.[2]

Lastly, Plaintiff is advised that an amended complaint supersedes the original complaint. *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012). Therefore, any first amended

---

[1] A review of the Court's CM/ECF system reveals Plaintiff likely intended to reference *Mills v. Jones, et al*., **case number 1:25-cv-00355-KES-CDB**. That action was dismissed without prejudice on December 19, 2025, for Plaintiff's failure to obey court orders and failure to prosecute and involved mail returned by the United States Postal Service as undeliverable.

[2] As Plaintiff was advised in the First Informational Order in Prisoner/Civil Detainee Civil Rights Case issued March 27, 2026, the "Court has an extremely large number of pro se plaintiff civil rights cases before it, and delay is inevitable." (Doc. 2 at 3.) This Court is one of the busiest district courts in the nation and all judges carry heavy caseloads. Any amended complaint submitted in this action will be screened in due course. In the event Plaintiff does not file an amended complaint in this action, his original complaint will be screened in due course.

complaint must be "complete in itself without reference to the prior or superseded pleading." Local Rule 220.

### III.   CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. Plaintiff's motion filed May 15, 2026 (Doc. 6) is **DENIED** as moot; and

2. The Clerk of the Court is directed to send Plaintiff a civil rights complaint form.

IT IS SO ORDERED.

Dated:   __**May 19, 2026**__                     _____
                                                UNITED STATES MAGISTRATE JUDGE

3